IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BADGER CONTRACTING, INC., NC d/b/a BADGER TREE SERVICE INC,** : :  **Plaintiff,** : : v. : : **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** : :  **Defendant.** : : | **CASE NO: 7:24-cv-52-WLS** |

## ORDER

On July 1, 2024, Defendant State Farm filed a timely Supplement to Notice of Removal (Doc. 22), providing its calculations supporting its assertion that the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." (*Id.*) Then, on July 8, 2024, Plaintiff filed its Answer (Doc. 24) to the Supplement (Doc. 22), contending that Defendant failed to properly perform its calculations, failed to provide evidence to support the calculation, and that Defendant cannot calculate late fees to use as additional amount to meet the amount in controversy.

For further evaluation on the Court's subject matter jurisdiction over this case, it is hereby **ORDERED** that:

1. Any replies from Defendant to its Supplement shall be filed by **Monday, July 22, 2024**, which is consistent with the deadlines set by the Court's Local Rule 7.3.

2. Any responses from Defendant to Plaintiff's Motion to Remand (Doc. 18) shall be filed by **Friday, July 12, 2024**, which is consistent with the deadlines set by the Court's Local Rule 7.2.

3. All other motions currently before the Court for consideration in this case will be held in abeyance pending resolution of the Court's jurisdictional questions.

**SO ORDERED**, this 10th day of July 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**