IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BADGER CONTRACTING INC NC, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-52 (WLS) |
| | * |
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Lowndes County, Georgia.

This 6th day of August, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk